SCREENING ROUND-ROBIN ROUTING FORM

[X] Record Vols. COPY OF ADM ROA
[ ] Exhibits [   ] Env. [   ] Box
Panel 5-B: **TMR, JES, ECP (CES-Backup)**     [ ] Supp ROA Vols. ___
To: Judge **REAVLEY,** Initiating     [ ] Record Excerpts [X] SLC Memo
[X] Briefs [   ] Anders Brief
[ ] Information on Related Case(s)

Date:     August 23, 2011

No. 10-60876   Style: Norman Salgado Panigua v. Eric Holder, Jr.

ORAL ARGUMENT          YES          NO          FAILS TO REQUEST

    Appellant          XXXXX        _____        _____

    Appellee           _____        XXXXX        _____

Round 1 -From Judge REAVLEY to Judge SMITH;    Class: ___ II; ___ I

    Papers and proposed opinion attached.    _____ Publish __/ Do Not Publish

_____ 6/16 _____, 2011    _____
         Date                       Initiating Judge **REAVLEY**

**Record forwarded.** __✓__ Yes _____ No

Round 2 -From Judge SMITH to Judge PRADO
    Papers and proposed opinion attached.

_____ 8-30 _____, 2011    _____
         Date                       Judge **SMITH**

**Record forwarded.** __X__ Yes _____ No

Round 3 -From Judge PRADO to Clerk
    Papers and proposed opinion attached.

_____ 8-31 _____, 2011    _____
         Date                       Judge **PRADO**

**Record forwarded.** __✓__ Yes _____ No

**Comments:** __Ø__

To **Clerk:**      Papers returned.

Attachment for oral argument panel _____

        Class III _____      Recommend Class IV _____

        Recommend Class NOA (conference w/o argument) _____

_____, 2011    _____
         Date                           Judge